IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

| | | |
|---|---|---|
| DARIUS ANDRE BACCHUS,<br>Institutional ID No. 150541 | § § § § | |
| Plaintiff, | § § | |
| v. | § § | CIVIL ACTION NO. 1:19-CV-00121-C |
| RICKY BISHOP, et al., | § § § | |
| Defendants. | § | |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE**

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. No objections were filed.[1] The District Court made an independent examination of the record in this case and reviewed the Magistrate Judge's Findings, Conclusions, and Recommendation for plain error. Finding none, the Court **ACCEPTS** and **ADOPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate.

IT IS THEREFORE ORDERED that Plaintiff's complaint and all claims alleged therein are **DISMISSED** without prejudice for want of prosecution pursuant to Fed. R. Civ. P. 41(b).

All relief not expressly granted and any pending motions are denied.

Judgment shall be entered accordingly.

SO ORDERED.

Dated July 19, 2021.

SAM R. CUMMINGS
Senior United States District Judge

---

[1] The Court notes that the Clerk mailed the Magistrate Judge's Findings, Conclusions, and Recommendation to Plaintiff's last known address, and the envelope was returned as undeliverable on June 3, 2021. (Doc. 21.) On that same day, the Clerk received a notice of change of address for Plaintiff and remailed the document to Plaintiff's new address. (*Id.*) As of this date, Plaintiff has not filed objections to the findings, and the time to do so has passed.